# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR307 |
| | ) | |
| vs. | ) | |
| | ) | |
| KAROLINE ALVIDREZ, | ) | ORDER |
| | ) | |
| Defendant.. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [87]. Plea negotiations are ongoing with the government. Defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [87] is granted, as follows:

1. The jury trial, now set for July 25, 2017 is continued to **August 29, 2017.**

2. The defendant shall comply with the requirements of paragraph 9 of the progression order and NE.CrimR 12.1(a) .

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 29, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED July 21, 2017.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**